**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DIVERSAPACK OF MONROE, LLC, *et al.*, | ) | Case No. 12-10981 (KG) |
| Debtors. | ) | Jointly Administered |
| JOSEPH MYERS, PLAN ADMINISTRATOR | ) | |
| Plaintiff, | ) | Adversary No. See Exhibit A |
| v. | ) | |
| See Attached Exhibit A, | ) | |
| Defendants. | ) | |

NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 4, 2014 AT 10:00 A.M. (ET)

<u>PRE-TRIAL CONFERENCE</u>:

2. A Pre-Trial Conference will be held in the Adversary Proceedings listed in Exhibit A.

Dated: September 2, 2014
Wilmington, Delaware

*/s/ Margaret M. Manning*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Richard M. Beck (DE Bar No. 3370)
Margaret M. Manning (DE Bar No. 4183)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

EXHIBIT A

Joseph Myers, Plan Administrator v.:

| | |
|---|---|
| Belcan Services Group, Ltd. | Adv. Pro. # 14-50092 (KG) |
| CHEP USA | Adv. Pro. # 14-50093 (KG) |
| CM Temporary Services | Adv. Pro. # 14-50094 (KG) |
| Direct Energy Business | Adv. Pro. # 14-50095(KG) |
| KP Properties of Ohio, LLC | Adv. Pro. # 14-50096 (KG) |
| Lab Support | Adv. Pro. # 14-50097 (KG) |
| Merchant Security Service | Adv. Pro. # 14-50098 (KG) |
| Prolift Industrial Equipment | Adv. Pro. # 14-50099 (KG) |
| RAM Nationwide Inc. | Adv. Pro. # 14-50010 (KG) |
| VWR International | Adv. Pro. # 14-50101 (KG) |