**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIVERSAPACK OF MONROE, LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor . | ) | |
| | ) | CASE NO. 12-10981 (KG) |
| | ) | |
| Joseph Myers, Plan Administrator | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Belcan Services Group, Ltd. | ) | Adv. Pro. # 14-50092 (KG) |
| CHEP USA | ) | Adv. Pro. # 14-50093 (KG) |
| CM Temporary Services | ) | Adv. Pro. # 14-50094 (KG) |
| Direct Energy Business | ) | Adv. Pro. # 14-50095(KG) |
| KP Properties of Ohio, LLC | ) | Adv. Pro. # 14-50096 (KG) |
| Lab Support | ) | Adv. Pro. # 14-50097 (KG) |
| Merchant Security Service | ) | Adv. Pro. # 14-50098 (KG) |
| Prolift Industrial Equipment | ) | Adv. Pro. # 14-50099 (KG) |
| RAM Nationwide Inc. | ) | Adv. Pro. # 14-50010 (KG) |
| VWR International | ) | Adv. Pro. # 14-50101 (KG) |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

Plaintiff submits this status report providing a status on the above referenced open adversary proceedings in preparation for the September 4, 2014 status conference.

Dated: September 2, 2014
Wilmington, Delaware

*/s/ Margaret M. Manning*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Richard M. Beck (DE Bar No. 3370)
Margaret M. Manning (DE Bar No. 4183)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

**<u>STATUS C</u>**

Service is complete, no answer has been filed

| | |
|---|---|
| CM Temporary Services | 14-50094 (KG) |
| KP Properties of Ohil, LLC | 14-50096 (KG) |
| Prolift Industrial Equipment | 14-50099 (KG) |
| RAM Nationwide Inc. | 14-50010 (KG) |
| VWR International | 14-50101 (KG) |

**STATUS E**

Adversary case settled

| | |
|---|---|
| Direct Energy Business | 14-50095 (KG) |
| Lab Support | 14-50097 (KG) |

**STATUS F**

Service complete, answer filed, discovery closes February, 2015

| | |
|---|---|
| Belcan Services Group. Ltd. | 14-50092 (KG) |
| CHEP USA | 14-50093 (KG) |
| Merchant Security Service | 14-50098 (KG) |